UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
_____ DIVISION

FILED
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

2011 AUG 24 AM 11: 13

SHARON L. PAULMAN
RANDY J. PAULMAN

name of plaintiff(s)

v.

Civil Case No. 1:11CV-96-M

COMMONWEALTH OF KENTUCKY
TODD COUNTY BOARD OF EDUCATION, et al
TODD COUNTY DCBS (CPS); WE CARE CENTER
name of defendant(s)

## COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   TITLE 18, U.S.C, SECTION 241 & SECTION 242; SECTION 1001 CH. 47, TITLE 18, CH. 109 SECTION 2234, 2235, 2236; VIOLATION/ILLEGAL OF KY. REV. STAT. ANN. 620.040(5)(C)(SUPP. 2000); TITLE 42, SEC. 14141; U.S. CONSTITUTION STATUTES 42 U.S.C., §671(a)(15) & 42 USC., §671(a)(19); INTENTIONAL TORT, CONSTITUTIONAL AMENDMENTS: 4th, 5th, 6th, 14th

2. Plaintiff, SHARON L. PAULMAN resides at
   2375 OLD RAILROAD LANE, GUTHRIE
   street address                          city
   TODD, KENTUCKY, 42234, (270) 906-9313
   county   state    zip code   area code, phone number

   (if more than one plaintiff, provide the same information for each plaintiff below):

   RANDY J. PAULMAN
   2375 OLD RAILROAD LANE     GUTHRIE
   TODD, KENTUCKY, 42234, (270) 906-9313

3. Defendant, __Commonwealth of Kentucky__ lives at, or its business is located at __202 E. Washington Street__,
street address

__Elkton__, __Todd__, __Kentucky__,
city              county              state

__42220__.
zip code

(if more than one defendant, provide the same information for each defendant listed above):

Todd County CPS (DCBS) 202 N. Williams St. Elkton, Kentucky 42220
Todd County Board of Education 205 Airport Rd, Elkton, KY 42220
We Care Center 111 S. Ewing St. Guthrie, KY 42234
Mrs. Camille Dillingham 4115 Guthrie Rd, Guthrie, KY 42234
Mr. Bruce Voth 4115 Guthrie Rd, Guthrie, KY 42234

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

The Todd County Court System, Todd County School System and the Todd County CPS (Donna Monroe) along with the We Care Child + Family Service Center all have inflicted emotional, mental, physical abuse upon my family which also includes financial hardship, harassment, discrimination, and/or undo hardship towards my family. Donna Monroe harassed and threatened me (Sharon) on 10-19-2009 by stating, "If you don't let me in your house, I will take your children at the end of your driveway." Then... on 11-2-2009, State Troopers and Donna Monroe forceably and illegally removed our children from their home without warrent, causing our oldest daughter (SP) to go into an asthmas attack and then refused to give her first aid attention until I (Sharon) forced my way past caseworker and cop to tend to my daughter.

* Mrs. Camille Dillingham, Principal at South Todd School has continued to harass, upset, and has falsely accused me of being an unfit mother. She has always been rude, unprofessional, non-cooperative towards me and my husband, also has been discriminating due to low income.
* Mr. Bruce Voth, Assistant Principal at South Todd School has also been un-cooperative, rude, un-professional and threatening. Also has shown discrimination towards me and my family due to our low income status, calling me "lazy because I don't work to support my family."
* Mr. Kenner and other board members have refused to meet with me and discuss any matters we have regarding school issues, teachers, staff members. I have been banned from attending any board meetings open to the public to discuss any school-related business.
* Judge Sue Carol Browning has done everything in her power to discriminate against us, without knowing facts, has unlawfully imprisoned my husband more than once, and told us in court in front of witnesses (people in court room) that we were "not allowed to have any pets in the house and home is to be 100% dust free", but then admits to us and the court that she "has nothing against animals; I sleep with my 2 dogs"

X  THE WE CARE CHILD AND FAMILY SERVICE CENTER HAS TRIED (ATTEMPTED) TO KEEP OUR CHILDREN FROM US WITH VERY LIMITED VISIT TIME WHEN THE 4 CHILDREN WERE ILLEGALLY PLACED IN FOSTER HOUSES IN TERRIBLE CONDITIONS WHERE 3 Girls in same bed with my son sleeping on Floor. Also tried to coerse my Husband and I; (along with Ms Donna Monroe) to sign paper after paper after paper without our attorney (at that time) present.

X  Jason Kelley Petrie was our ATTORNEY AT THE TIME (OCT. 2009 - to JAN. 2010) who called a Court hearing on Nov. 23, 2009 when the original COURT DATE WAS Scheduled for 12-2009. AND/OR JAN. 2010.
DID NOT RECEIVE NOTICE OF HEARING EXCEPT THROUGH Phone Call and Word of mouth from Jason Petrie and Donna Monroe.

We have evidence (documentation, Court papers, Pictures, etc) to prove that Todd County is/was negligent, discriminating, harassing and guilty of Emotional, mental, financial, and "physical" abuse and Child Endangerment.

5. Prayers for Relief (list what you want the Court to do):

   a. AWARD MONETARY JUDGEMENT OF $6 MILLION DOLLARS TO THE PLAINTIFF(S) AND THEIR FAMILY FOR DAMAGES/PAIN & SUFFERING.

   b. ALL NEGATIVE BLEMISHES REMOVED (EXPUNGED) FROM PAULMAN'S SCHOOL RECORDS AND PAULMANS "CRIMINAL" RECORDS/CHARGES.

   c. RESIGNATIONS OF JUDGE SUE CAROL BROWNING, CAMILLE DILLINGHAM, DONNA MONROE, BRUCE VOTH, MIKE KENNER.

   d. CHANGES MADE TO SCHOOL RULES/POLICIES WITHIN REASONABLE STATE + LOCAL LIMITS AND WITHIN 60 DAYS OF JUDGEMENT.

6. Request for a Jury Trial   _____ yes   ___✓___ no

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this __20th__, day of __August__, 2011.

_Sharon L. Paulman_
_Randy J. Paul_
(signature of plaintiff(s))