UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**SHARON L. PAULMAN** *et al.*                                                                **PLAINTIFFS**

v.                                         **CIVIL ACTION NO. 1:11CV-96-M**

**COMMONWEALTH OF KENTUCKY** *et al.*                                      **DEFENDANTS**

## ORDER

This matter is before the Court on Plaintiffs' application to proceed without prepayment of fees. On review, the Court finds that Plaintiffs make the financial showing required by 28 U.S.C. § 1915(a). Accordingly, **IT IS ORDERED** that the application to proceed without prepayment of fees (DN 7) is **GRANTED**.

Because Plaintiffs are proceeding without the prepayment of fees, or *in forma pauperis*, the Court must review the complaint pursuant to 28 U.S.C. § 1915(e)(2).[1] *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997). Once the review is complete, an order will be entered informing the parties of what steps, if any, must be taken. This review takes place before service of the complaint on the defendants.

Because the Court is still in the process of conducting its initial review of the complaint, Plaintiffs' motion for summary judgment (DN 5) is premature. The motion is **DENIED without prejudice** to refiling at a later date.

Date:

cc:     Plaintiffs, *pro se*
4414.008

---

[1] Under § 1915(e)(2), "the court shall dismiss the case at any time if the court determines that . . . the action . . . (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief."